UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALO MOBILE ESTATES ASSOCIATES,

    Plaintiff,

    v.

CITY OF EAST PALO ALTO,

    Defendant.
_____/

No. C 07-3601 PJH

**ORDER TO SHOW CAUSE**

TO DEFENDANT CITY OF EAST PALO ALTO:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING no later than Friday, November 2, 2007, why the above-entitled action should not be remanded to the Superior Court of California, County of San Mateo, for lack of subject matter jurisdiction, in light of <u>Williamson County Regional Planning Comm'n v. Hamilton Bank of Johnson County</u>, 473 U.S. 172 (1985).

**IT IS SO ORDERED.**

Dated: October 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge