RICHARD H. CLOSE (Bar No. 50298)
rclose@gilchristrutter.com
THOMAS W. CASPARIAN (Bar No. 169763)
tcasparian@gilchristrutter.com
YEN N. NGUYEN (Bar No. 233880)
ynguyen@gilchristrutter.com
GILCHRIST & RUTTER
Professional Corporation
Wilshire Palisades Building
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401-1000
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Plaintiff Palo Mobile Estates Associates

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: C 07-03601 PJH<br><br>**STIPULATION FOR FILING OF FIRST SUPPLEMENTAL COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

WHEREAS, plaintiff Palo Mobile Estates Associates ("PME") wishes to file its First Supplemental Complaint;

WHEREAS, defendant City of East Palo Alto ("City") does not oppose the filing of the First Supplemental Complaint;

WHEREAS, no trial date has been set in this action;

//

//

ACCORDINGLY, IT IS HEREBY STIPULATED by PME and City, by and through their respective counsel, that:

1) the First Supplemental Complaint, lodged concurrently herewith, is deemed filed with leave of Court;

2) City waives notice and service of the First Supplemental Complaint;

3) City shall have twenty (20) days from the date the Order is signed in which to file and serve its responsive pleading.

DATED: November 12, 2007

GILCHRIST & RUTTER
Professional Corporation

By: _____
Thomas W. Casparian
Attorneys for Plaintiff
Palo Mobile Estates Associates

DATED: November 12, 2007

JARVIS, FAY & DOPORTO, LLP

By: _____
Benjamin P. Fay
Attorneys for Defendant
City of East Palo Alto

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/15/07

_____
Honorable
Judge, U

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[ynn:/IDOCS2_152006_1.DOC/110607/4604.001]    -2-

STIPULATION TO FILE FIRST SUPPLEMENTAL
COMPLAINT; [PROPOSED] ORDER – C07-03601 PJH