RICHARD H. CLOSE (Bar No. 50298)
rclose@gilchristrutter.com
THOMAS W. CASPARIAN (Bar No. 169763)
tcasparian@gilchristrutter.com
YEN N. NGUYEN (Bar No. 233880)
ynguyen@gilchristrutter.com
GILCHRIST & RUTTER
Professional Corporation
Wilshire Palisades Building
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401-1000
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Plaintiff Palo Mobile Estates Associates

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: C 07-03601 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

WHEREAS, at the case management conference on December 6, 2007, the Court stayed this matter at the request of both parties pending the outcome of the concurrent petition for a writ of mandate in the San Mateo County Superior Court ("Case No. CIV 467731");

WHEREAS, at the time of the previous case management conference, the parties were working on a proposed briefing schedule and hearing date for the petition for a writ of mandate and hoped to have the hearing in March 2008;

WHEREAS, the parties worked out a briefing schedule that was accepted by the San Mateo County Superior Court, but the hearing was set for and took place on April 11, 2008.

WHEREAS, the San Mateo County Superior Court has not yet issued a ruling on the motion for writ of mandate in Case No. CIV 467731;

ACCORDINGLY, IT IS HEREBY STIPULATED by PME and City of East Palo Alto, by and through their respective counsel, that:

This Court continue the stay in this action for a further sixty (60) days and continue the Case Management Conference for a further (60) days.

DATED: April 16, 2008         GILCHRIST & RUTTER
                              Professional Corporation


                              By:   /s/ Thomas W. Casparian
                                    Thomas W. Casparian
                                    Attorneys for Plaintiff
                                    Palo Mobile Estates Associates

DATED: April 16, 2008         JARVIS, FAY & DOPORTO, LLP


                              By:   /s/ Benjamin P. Fay
                                    Benjamin P. Fay
                                    Attorneys for Defendant
                                    CITY OF EAST PALO ALTO

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/17/08                _____
                              Honorable
                              Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 6/19/08 AT 2:30 P.M.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1299 Ocean Avenue, Suite 900, Santa Monica, California 90401-1000. On April 16, 2008, I served the within documents:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER**

[ ]     by transmitting the document(s) listed above via facsimile from sending facsimile machine number to the fax number(s) set forth below on this date before 5:00 p.m. and receiving confirmed transmission reports indicating that the document(s) were successfully transmitted.

[X]     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

[ ]     by causing overnight delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]     by causing personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]     *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]     *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2008 at Santa Monica, California.

                                   /s/    M.L. Glenn
                                           M.L. Glenn

# SERVICE LIST

| | |
|---|---|
| Rafael E. Alvarado, Esq.<br>Assistant City Attorney<br>Office of the City Attorney<br>City of East Palo Alto<br>2415 University Avenue<br>East Palo Alto, CA  94303 | Attorneys for Respondent<br>*City of East Palo Alto* |
| Benjamin P. Fay, Esq.<br>Rick W. Jarvis, Esq.<br>Jarvis, Fay & Doporto, LLP<br>475 - 14th Street, Suite 260<br>Oakland, CA  94612 | Attorneys for Respondent<br>*City of East Palo Alto* |