1  Valerie J. Armento, SBN: 78717
   Interim City Attorney
2  Rafael E. Alvarado, Jr., SBN: 247904
3  Assistant City Attorney
   CITY OF EAST PALO ALTO
4  2415 University Avenue
   East Palo Alto, CA 94303
5  Telephone: (650) 853-3100
   Facsimile:  (650) 853-5923
6  varmento@cityofepa.org
7  ralvarado@cityofepa.org

8  Benjamin P. Fay, SBN: 178856
   Rick W. Jarvis, SBN: 154479
9  JARVIS, FAY & DOPORTO, LLP
10 475 - 14th Street, Suite 260
   Oakland, CA 94612
11 Telephone:    (510) 238-1400
   Facsimile:    (510) 238-1404
12 rjarvis@jarvisfay.com
13 bfay@jarvisfay.com

14 Attorneys for Defendant
   CITY OF EAST PALO ALTO
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO:   C 07-03601 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

WHEREAS, at the request of the parties, the Court continued for 60 days the Case Management Conference that was scheduled for April 17, 2008 to allow time for the San Mateo County Superior Court to issue its decision on the petition for a writ of mandate that addresses the

validity under state law of the Ordinance the Plaintiff challenges in this action;

  WHEREAS, the Case Management Conference was rescheduled to June 19, 2008 at 2:30 p.m.;

  WHEREAS, the lead attorney for the Defendant CITY OF EAST PALO ALTO, Benjamin P. Fay, has an existing scheduling conflict with June 19, 2008, and the lead attorney for the Plaintiff PALO MOBILE ESTATES ASSOCIATES, Thomas W. Casparian, has an existing scheduling conflict with June 12, 2008;

  The parties hereby respectfully request that the Court reschedule the Case Management Conference in this case to June 26, 2008 at 2:30 p.m.

  IT IS SO STIPULATED:

Dated: April 21, 2008       GILCHRIST & RUTTER

                By: /s/ Thomas W. Casparian
                  Thomas W. Casparian
                Attorneys for Plaintiff
                PALO MOBILE ESTATES ASSOCIATES

Dated: April 21, 2008       JARVIS, FAY & DOPORTO, LLP

                By: /s/ Benjamin P. Fay
                  Benjamin P. Fay
                Attorneys for Defendant
                CITY OF EAST PALO ALTO

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. |
| 3 | The Case Management Conference in this case that is currently set for June 19, 2008 at |
| 4 | 2:30 p.m. shall be rescheduled to June 26, 2008 at 2:30 p.m. |
| 5 | A Case Management Conference Statement shall be filed by June 19, 2008. |

DATED: __4/22/08_____    _____
Honorable Phyllis J. Hamilton
Judge, United States District Court

