Valerie J. Armento, SBN: 78717
Interim City Attorney
Rafael E. Alvarado, Jr., SBN: 247904
Assistant City Attorney
CITY OF EAST PALO ALTO
2415 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 853-3100
Facsimile:  (650) 853-5923
varmento@cityofepa.org
ralvarado@cityofepa.org

Benjamin P. Fay, SBN: 178856
Rick W. Jarvis, SBN: 154479
JARVIS, FAY & DOPORTO, LLP
475 - 14th Street, Suite 260
Oakland, CA 94612
Telephone:    (510) 238-1400
Facsimile:     (510) 238-1404
rjarvis@jarvisfay.com
bfay@jarvisfay.com

Attorneys for Defendant
CITY OF EAST PALO ALTO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO:   C 07-03601 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

WHEREAS, at the Case Management Conference on December 6, 2007, the Court stayed this matter at the request of both parties pending the outcome of the concurrent petition for a writ of

---

Stipulation and Order to Continue Case Management Conference      1      Case No. C 07-03601 PJH

mandate in the San Mateo County Superior Court, Case No. CIV 467731, ("State Court Action") and continued the Case Management Conference to April 17, 2008;

WHEREAS, a hearing on the writ in the State Court Action was heard on April 11, 2008, but because a decision was not issued by the San Mateo County Superior Court this Court continued the Case Management Conference to June 26, 2008;

WHEREAS, on May 28, 2008, the San Mateo County Superior Court issued a tentative decision that would order the issuance of a preemptory writ of mandate that would direct the City of East Palo Alto to repeal certain portions of the ordinance that has been challenged in both the State Court Action and this action;

WHEREAS, the next step in the State Court Action will be the issuance of a Statement of Decision, followed by a Judgment, and then a Writ;

WHEREAS, following the service of Notice of Entry of the Judgment in the State Court Action, either party will have 60 days to file a Notice of Appeal of the judgment.

THEREFORE, the Plaintiff PALO MOBILE ESTATES ASSOCIATES and the Defendant CITY OF EAST PALO ALTO hereby stipulate and respectfully request through their respective counsel that the stay in this action be continued and that the Case Management Conference currently scheduled for June 26, 2008 at 2:30 p.m. be continued to October 16, 2008 at 2:30 p.m and that a further Case Management Conference Statement shall be filed by October 9, 2008.

IT IS SO STIPULATED:

Dated: June 11, 2008                    GILCHRIST & RUTTER

                                        By:   /s/ Thomas W. Casparian
                                              Thomas W. Casparian
                                        Attorneys for Plaintiff
                                        PALO MOBILE ESTATES ASSOCIATES

Dated: June 11, 2008                    JARVIS, FAY & DOPORTO, LLP

                                        By:   /s/ Benjamin P. Fay
                                              Benjamin P. Fay
                                        Attorneys for Defendant
                                        CITY OF EAST PALO ALTO

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. |
| 3 | The Case Management Conference in this case that is currently set for June 26, 2008 at |
| 4 | 2:30 p.m. shall be rescheduled to October ~~16,~~ 2, 2008 at 2:30 p.m. |
| 5 | A Case Management Conference Statement shall be filed by ~~October 9~~ September 25, 2008. |

DATED: __6/16/08_____     _____
Hon. Phyllis J. Hamilton
JUDGE OF THE UNITED STATES
DISTRICT COURT



Stipulation and Order to Continue Case Management Conference     3     Case No. C 07-03601 PJH