1  RICHARD H. CLOSE (Bar No. 50298)
   rclose@gilchristrutter.com
2  THOMAS W. CASPARIAN (Bar No. 169763)
   tcasparian@gilchristrutter.com
3  YEN N. NGUYEN (Bar No. 233880)
   ynguyen@gilchristrutter.com
4  GILCHRIST & RUTTER
   Professional Corporation
5  Wilshire Palisades Building
   1299 Ocean Avenue, Suite 900
6  Santa Monica, California 90401-1000
   Telephone: (310) 393-4000
7  Facsimile: (310) 394-4700

8
   Attorneys for Plaintiff Palo Mobile Estates
9  Associates

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO:   C 07-03601 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |
|---|---|

LAW OFFICES
GILCHRIST & RUTTER
PROFESSIONAL CORPORATION
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CALIFORNIA 90401-1000
TEL (310) 393-4000 • FAX (310) 394-4700

1  WHEREAS, the Court has stayed this matter at the request of both parties pending the outcome of the concurrent petition for a writ of mandate in the San Mateo County Superior Court ("Case No. CIV 467731");

WHEREAS, whereas Case No. CIV 467731 sought a writ compelling the City of East Palo Alto ("City") to vacate Ordinance No. 305, which imposed certain conditions on mobilehome park conversions from rental-only facilities to resident ownership pursuant to Government Code section 66427.5 within the City;

WHEREAS, the San Mateo County Superior Court entered a writ in Case No. CIV 467731 on June 24, 2008 ("Writ");

WHEREAS, this action seeks damages related to the City's adoption of Ordinance No. 305 and its effect on plaintiff Palo Mobile Estates Associates' ("PME") application to convert its mobilehome park from a rental-only facility to resident ownership pursuant to Government Code section 66427.5 ("Application");

WHEREAS, this Court continued the Case Management Conference set for October 2, 2008 to November 6, 2008 to allow the parties to take into account the outcome of the City's October 13, 2008 hearing on PME's Application, which could drastically affect the scope of this action;

WHEREAS, the City's Planning Commission continued the October 13, 2008 hearing until October 20, 2008, at which time it denied PME's Application;

WHEREAS, PME is preparing to appeal the City's Planning Commission's decision to the City Council;

WHEREAS, parties will not receive a final determination on PME's Application from the City until the appeal is heard by the City Council;

//
//
//
//
//

[:/STIPULATION4604001.doc/091008/4604.001]     -1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER – C07-03601 PJH

ACCORDINGLY, IT IS HEREBY STIPULATED by PME and the City, by and through their respective counsel, that:

This Court continue the stay in this action and continue the Case Management Conference to January 22, 2009.

DATED: October 24, 2008                  GILCHRIST & RUTTER
                                         Professional Corporation


                                         By:   /s/  Thomas W. Casparian
                                                Thomas W. Casparian
                                                Attorneys for Plaintiff
                                                Palo Mobile Estates Associates

DATED: October 24, 2008                  JARVIS, FAY, DOPORTO & GIBSON, LLP


                                         By:   /s/  Benjamin P. Fay
                                                Benjamin P. Fay
                                                Attorneys for Defendant
                                                CITY OF EAST PALO ALTO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/28/08
                                         _____
                                         Honorable Phyllis J. Hamilton
                                         United States District Court



# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1299 Ocean Avenue, Suite 900, Santa Monica, California 90401-1000. On October 27, 2008, I served the within documents:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER**

[ ] by transmitting the document(s) listed above via facsimile from sending facsimile machine number to the fax number(s) set forth below on this date before 5:00 p.m. and receiving confirmed transmission reports indicating that the document(s) were successfully transmitted.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

[ ] by causing overnight delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by causing personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 27, 2008 at Santa Monica, California.

/s/ M.L. Glenn
M.L. Glenn

[:/STIPULATION4604001.doc/091008/4604.001]  -3-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER – C07-03601 PJH

## SERVICE LIST

| | |
|---|---|
| Valerie Armento, Esq.<br>City Attorney<br>Office of the City Attorney<br>City of East Palo Alto<br>2415 University Avenue<br>East Palo Alto, CA 94303 | Attorneys for Defendant<br>*City of East Palo Alto* |
| Benjamin P. Fay, Esq.<br>Rick W. Jarvis, Esq.<br>Jarvis, Fay, Doporto & Gibson, LLP<br>475 - 14th Street, Suite 260<br>Oakland, CA 94612 | Attorneys for Defendant<br>*City of East Palo Alto* |

LAW OFFICES
GILCHRIST & RUTTER
PROFESSIONAL CORPORATION
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CALIFORNIA 90401-1000
TEL (310) 393-4000 • FAX (310) 394-4700