1  RICHARD H. CLOSE (Bar No. 50298)
   rclose@gilchristrutter.com
2  THOMAS W. CASPARIAN (Bar No. 169763)
   tcasparian@gilchristrutter.com
3  YEN N. HOPE (Bar No. 233880)
   yhope@gilchristrutter.com
4  GILCHRIST & RUTTER
   Professional Corporation
5  Wilshire Palisades Building
   1299 Ocean Avenue, Suite 900
6  Santa Monica, California 90401-1000
   Telephone: (310) 393-4000
7  Facsimile: (310) 394-4700

Attorneys for Plaintiff Palo Mobile Estates Associates

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO:   C 07-03601 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

[167873_11.DOC/041608/4604.001]

LAW OFFICES
GILCHRIST & RUTTER
PROFESSIONAL CORPORATION
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CALIFORNIA 90401-1000
TEL (310) 393-4000 • FAX (310) 394-4700

1  WHEREAS, the Court has stayed this matter at the request of both parties pending the
2  outcome of the concurrent petition for a writ of mandate in the San Mateo County Superior Court
3  ("Case No. CIV 467731");

4  WHEREAS, whereas Case No. CIV 467731 sought a writ compelling the City of East Palo
5  Alto ("City") to vacate Ordinance No. 305, which imposed certain conditions on mobilehome park
6  conversions from rental-only facilities to resident ownership pursuant to Government Code section
7  66427.5 within the City;

8  WHEREAS, the San Mateo County Superior Court entered a writ in Case No. CIV 467731
9  on June 24, 2008 ("Writ");

10  WHEREAS, this action seeks damages related to the City's adoption of Ordinance No. 305
11  and its effect on plaintiff Palo Mobile Estates Associates' ("PME") application to convert its
12  mobilehome park from a rental-only facility to resident ownership pursuant to Government Code
13  section 66427.5 ("Application");

14  WHEREAS, the City's Planning Commission held a hearing on PME's Application on
15  October 20, 2008, at which time it denied PME's Application.

16  WHEREAS, PME appealed the City's Planning Commission's decision to the City
17  Council;

18  WHEREAS, the City Council heard PME's appeal on December 16, 2008;

19  WHEREAS, the City Council's decision on PME's Application could drastically affect the
20  scope of this action;

21  WHEREAS, this Court continued the Case Management Conference set for November 6,
22  2008 to January 22, 2009 to allow the parties to receive a final determination on PME's
23  Application;

24  WHEREAS, at the December 16, 2008 City Council hearing on PME's appeal, no final
25  determination on PME's Application was reached as the City Council, in conjunction with PME,
26  determined instead to enter into mediation, to take place within the next thirty (30) days.

27  //
28  //

LAW OFFICES
GILCHRIST & RUTTER
PROFESSIONAL CORPORATION
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CALIFORNIA 90401-1000
TEL (310) 393-4000 • FAX (310) 394-4700

ACCORDINGLY, IT IS HEREBY STIPULATED by PME and the City, by and through their respective counsel, that:

This Court continue the stay in this action and continue the Case Management Conference to March ~~5~~ 12, 2009.

DATED: December 18, 2008
    GILCHRIST & RUTTER
    Professional Corporation

    By: /s/ Thomas W. Casparian
        Thomas W. Casparian
        Attorneys for Plaintiff
        Palo Mobile Estates Associates

DATED: December 18, 2008
    JARVIS, FAY, DOPORTO & GIBSON, LLP

    By: /s/ Benjamin P. Fay
        Benjamin P. Fay
        Attorneys for Defendant
        CITY OF EAST PALO ALTO

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/30/08

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Law Offices
GILCHRIST & RUTTER
PROFESSIONAL CORPORATION
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CALIFORNIA 90401-1000
TEL (310) 393-4000 · FAX (310) 394-4700

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1299 Ocean Avenue, Suite 900, Santa Monica, California 90401-1000. On December 19, 2008, I served the within documents:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER**

[ ] by transmitting the document(s) listed above via facsimile from sending facsimile machine number to the fax number(s) set forth below on this date before 5:00 p.m. and receiving confirmed transmission reports indicating that the document(s) were successfully transmitted.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

[ ] by causing overnight delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by causing personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2008 at Santa Monica, California.

/s/ M.L. Glenn
M.L. Glenn

## SERVICE LIST

Valerie Armento, Esq.  
City Attorney  
Office of the City Attorney  
City of East Palo Alto  
2415 University Avenue  
East Palo Alto, CA 94303

Attorneys for Defendant  
*City of East Palo Alto*

Benjamin P. Fay, Esq.  
Rick W. Jarvis, Esq.  
Jarvis, Fay, Doporto & Gibson, LLP  
475 - 14th Street, Suite 260  
Oakland, CA 94612

Attorneys for Defendant  
*City of East Palo Alto*