1  RICHARD H. CLOSE (Bar No. 50298)
   rclose@gilchristrutter.com
2  THOMAS W. CASPARIAN (Bar No. 169763)
   tcasparian@gilchristrutter.com
3  YEN N. HOPE (Bar No. 233880)
   yhope@gilchristrutter.com
4  GILCHRIST & RUTTER
   Professional Corporation
5  Wilshire Palisades Building
   1299 Ocean Avenue, Suite 900
6  Santa Monica, California 90401-1000
   Telephone: (310) 393-4000
7  Facsimile: (310) 394-4700

8

   Attorneys for Plaintiff Palo Mobile Estates
9  Associates

10                  **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12

13  PALO MOBILE ESTATES ASSOCIATES,              CASE NO:   C 07-03601 PJH
    a California limited partnership,

14
                         Plaintiff,              **STIPULATION TO CONTINUE CASE**
15                                               **MANAGEMENT CONFERENCE;**
           vs.                                   **[PROPOSED] ORDER**
16

17  CITY OF EAST PALO ALTO, a municipal
    corporation; DOES 1 through 10, inclusive,
18                                               Superior Court Action Filed: June 12, 2007
                         Defendants.             Removed to Federal Court: July 12, 2007
19                                               Trial Date: None Set

20

21

22

23

24

25

26

27

28

[170564_1.DOC/041608/4604.001]

WHEREAS, the Court has stayed this matter at the request of both parties pending the outcome of the concurrent petition for a writ of mandate in the San Mateo County Superior Court ("Case No. CIV 467731");

WHEREAS, whereas Case No. CIV 467731 sought a writ compelling the City of East Palo Alto ("City") to vacate Ordinance No. 305, which imposed certain conditions on mobilehome park conversions from rental-only facilities to resident ownership pursuant to Government Code section 66427.5 within the City;

WHEREAS, the San Mateo County Superior Court entered a writ in Case No. CIV 467731 on June 24, 2008 ("Writ");

WHEREAS, this action seeks damages related to the City's adoption of Ordinance No. 305 and its effect on plaintiff Palo Mobile Estates Associates' ("PME") application to convert its mobilehome park from a rental-only facility to resident ownership pursuant to Government Code section 66427.5 ("Application");

WHEREAS, this Court continued the Case Management Conference set for January 22, 2009 to March 19, 2009 to allow the parties to receive a final determination on PME's Application, as the City's decision on PME's Application could drastically affect the scope of this action;

WHEREAS, final approval on the Application first requires the City's approval of PME's tentative tract map, followed by the City's approval of PME's final map;

WHEREAS, on January 27, 2009, the City, through its City Council, voted to approve PME's tentative tract map;

WHEREAS, the City, through its City Council, is expected to approve PME's final map within the next six (6) months, thereby conferring final approval on the Application;

WHEREAS, PME may dismiss this action pending approval of the final map.

ACCORDINGLY, IT IS HEREBY STIPULATED by PME and the City, by and through their respective counsel, that:

[:/170564_1.DOC/091008/4604.001] -1-

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER – C07-03601 PJH

1 | This Court continue the stay in this action and continue the Case Management Conference
2 | to September 3, 2009.

3 |

4 | DATED: March 10, 2009      GILCHRIST & RUTTER
5 |                                           Professional Corporation

6 |

7 |                                           By: /s/ Thomas W. Casparian
                                                  Thomas W. Casparian
8 |                                                   Attorneys for Plaintiff
9 |                                                   Palo Mobile Estates Associates

10 | DATED: March 10, 2009      JARVIS, FAY, DOPORTO & GIBSON, LLP

11 |

12 |                                           By: /s/ Benjamin P. Fay
13 |                                                   Benjamin P. Fay
                                                  Attorneys for Defendant
14 |                                                   CITY OF EAST PALO ALTO

15 | **ORDER**

16 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

17 |

18 |

19 | DATED: 3/11/09

20 |                                            Honorable Phyllis J. Hamilton
                                           Judge, United States District Court

*IT IS SO ORDERED. /s/ Judge Phyllis J. Hamilton — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1299 Ocean Avenue, Suite 900, Santa Monica, California 90401-1000. On March 10, 2009, I served the within documents:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER**

[ ] by transmitting the document(s) listed above via facsimile from sending facsimile machine number to the fax number(s) set forth below on this date before 5:00 p.m. and receiving confirmed transmission reports indicating that the document(s) were successfully transmitted.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

[ ] by causing overnight delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by causing personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 10, 2009 at Santa Monica, California.

/s/ M.L. Glenn
M.L. Glenn

## SERVICE LIST

| | |
|---|---|
| Valerie Armento, Esq.<br>City Attorney<br>Office of the City Attorney<br>City of East Palo Alto<br>2415 University Avenue<br>East Palo Alto, CA 94303 | Attorneys for Defendant<br>*City of East Palo Alto* |
| Benjamin P. Fay, Esq.<br>Rick W. Jarvis, Esq.<br>Jarvis, Fay, Doporto & Gibson, LLP<br>475 - 14th Street, Suite 260<br>Oakland, CA 94612 | Attorneys for Defendant<br>*City of East Palo Alto* |