RICHARD H. CLOSE (Bar No. 50298)
rclose@gilchristrutter.com
THOMAS W. CASPARIAN (Bar No. 169763)
tcasparian@gilchristrutter.com
YEN N. HOPE (Bar No. 233880)
yhope@gilchristrutter.com
GILCHRIST & RUTTER
Professional Corporation
Wilshire Palisades Building
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401-1000
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Plaintiff Palo Mobile Estates
Associates

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: C 07-03601 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

| | |
|---|---|
| 1 | WHEREAS, the Court has stayed this matter at the request of both parties pending the |
| 2 | outcome of the concurrent petition for a writ of mandate in the San Mateo County Superior Court |
| 3 | ("Case No. CIV 467731"); |
| 4 | WHEREAS, whereas Case No. CIV 467731 sought a writ compelling the City of East Palo |
| 5 | Alto ("City") to vacate Ordinance No. 305, which imposed certain conditions on mobilehome park |
| 6 | conversions from rental-only facilities to resident ownership pursuant to Government Code section |
| 7 | 66427.5 within the City; |
| 8 | WHEREAS, the San Mateo County Superior Court entered a writ in Case No. CIV 467731 |
| 9 | on June 24, 2008 ("Writ"); |
| 10 | WHEREAS, this action seeks damages related to the City's adoption of Ordinance No. 305 |
| 11 | and its effect on plaintiff Palo Mobile Estates Associates' ("PME") application to convert its |
| 12 | mobilehome park from a rental-only facility to resident ownership pursuant to Government Code |
| 13 | section 66427.5 ("Application"); |
| 14 | WHEREAS, this Court continued the Case Management Conference set for September 3, |
| 15 | 2009 to March 4, 2010 to allow the parties to receive a final determination on PME's Application, |
| 16 | as the City's decision on PME's Application could drastically affect the scope of this action; |
| 17 | WHEREAS, final approval on the Application first requires the City's approval of PME's |
| 18 | tentative tract map, followed by the City's approval of PME's final map; |
| 19 | WHEREAS, on January 27, 2009, the City, through its City Council, voted to approve |
| 20 | PME's tentative tract map; |
| 21 | WHEREAS, the City, through its City Council, has not yet approved PME's final map but |
| 22 | is expected to do so by the end of March 2010, thereby conferring final approval on the |
| 23 | Application; |
| 24 | WHEREAS, PME may dismiss this action pending approval of the final map. |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | |

ACCORDINGLY, IT IS HEREBY STIPULATED by PME and the City, by and through their respective counsel, that:

This Court continue the stay in this action and continue the Case Management Conference to June 3, 2010.

DATED: February 23, 2010

GILCHRIST & RUTTER
Professional Corporation

By: /s/ Thomas W. Casparian
Thomas W. Casparian
Attorneys for Plaintiff
Palo Mobile Estates Associates

DATED: February 23, 2010

JARVIS, FAY, DOPORTO & GIBSON, LLP

By: /s/ Benjamin P. Fay
Benjamin P. Fay
Attorneys for Defendant
CITY OF EAST PALO ALTO

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/1/10

Honorable Phyllis J. Hamilton
Judge, United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton