1. RICHARD H. CLOSE (Bar No. 50298)
THOMAS W. CASPARIAN (Bar No. 169763)
2. YEN N. HOPE (Bar No. 233880)
GILCHRIST & RUTTER
3. Professional Corporation
Wilshire Palisades Building
4. 1299 Ocean Avenue, Suite 900
Santa Monica, California 90401-1000
5. Telephone: (310) 393-4000
Facsimile: (310) 394-4700

6.

7. Attorneys for Plaintiff Palo Mobile Estates Associates

8.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 07-03601 PJH<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

[212630_2.DOC/041608/4604.001]

| | |
|---|---|
| 1 | WHEREAS, the Court has stayed this matter at the request of both parties |
| 2 | pending the outcome of the concurrent petition for a writ of mandate in the San |
| 3 | Mateo County Superior Court ("Case No. CIV 467731"); |
| 4 | WHEREAS, whereas Case No. CIV 467731 sought a writ compelling the |
| 5 | City of East Palo Alto ("City") to vacate Ordinance No. 305, which imposed certain |
| 6 | conditions on mobilehome park conversions from rental-only facilities to resident |
| 7 | ownership pursuant to Government Code section 66427.5 within the City; |
| 8 | WHEREAS, the San Mateo County Superior Court entered a writ in Case No. |
| 9 | CIV 467731 on June 24, 2008 ("Writ"); |
| 10 | WHEREAS, this action seeks damages related to the City's adoption of |
| 11 | Ordinance No. 305 and its effect on plaintiff Palo Mobile Estates Associates' |
| 12 | ("PME") application to convert its mobilehome park from a rental-only facility to |
| 13 | resident ownership pursuant to Government Code section 66427.5 ("Application"); |
| 14 | WHEREAS, this Court continued the Case Management Conference set for |
| 15 | March 4, 2010 to June 3, 2010 to allow the parties to receive a final determination |
| 16 | on PME's Application, as the City's decision on PME's Application could |
| 17 | drastically affect the scope of this action; |
| 18 | WHEREAS, the City, through its City Council, approved PME's final map, |
| 19 | thereby conferring final approval on the Application, on April 20, 2010; |
| 20 | WHEREAS, City and PME are currently engaging in early settlement |
| 21 | discussions which may result in dismissal of this action. |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

ACCORDINGLY, IT IS HEREBY STIPULATED by PME and the City, by and through their respective counsel, that:

This Court continue the stay in this action and continue the Case Management Conference to July 1, 2010.

DATED: May 27, 2010

GILCHRIST & RUTTER
Professional Corporation

By: /s/ Thomas W. Casparian
Thomas W. Casparian
Attorneys for Plaintiff
Palo Mobile Estates Associates

DATED: May 27, 2010

JARVIS, FAY, DOPORTO & GIBSON, LLP

By: /s/ Benjamin P. Fay
Benjamin P. Fay
Attorneys for Defendant
CITY OF EAST PALO ALTO

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/28/10

_____
Honorable Phyllis J. Hamilton
Judge, United States District Court

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (signature stamp)*