Vincent Ewing, SBN: 177708
City Attorney
CITY OF EAST PALO ALTO
2415 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 853-3100
Facsimile: (650) 853-5923
vewing@cityofepa.org

Benjamin P. Fay, SBN: 178856
Julie M. Randolph, SBN: 122464
JARVIS, FAY, DOPORTO & GIBSON, LLP
475 14th Street, Suite 260
Oakland, California 94612
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
bfay@jarvisfay.com
jrandolph@jarvisfay.com

Attorneys for Defendant
CITY OF EAST PALO ALTO

**FILED**

JUN 2 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 4:07-03601 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

WHEREAS, the Court has stayed this matter at the request of both parties pending the outcome of the concurrent petition for a writ of mandate in the San Mateo County Superior Court ("Case No. CIV 467731");

WHEREAS, whereas Case No. CIV 467731 sought a writ compelling the City of East Palo Alto ("City") to vacate Ordinance No. 305, which imposed certain conditions on mobilehome park conversions from rental-only facilities to resident ownership pursuant to Government Code section

1 | 66427.5 within the City;

2 | WHEREAS, the San Mateo County Superior Court entered a writ in Case No. CIV 467731 on
3 | June 24, 2008 ("Writ");

4 | WHEREAS, this action seeks damages related to the City's adoption of Ordinance No. 305 and
5 | its effect on plaintiff Palo Mobile Estates Associates' ("PME") application to convert its mobilehome
6 | park from a rental-only facility to resident ownership pursuant to Government Code section 66427.5
7 | ("Application");

8 | WHEREAS, the City, through its City Council, approved PME's final map, thereby conferring
9 | final approval on the Application, on April 20, 2010;

10 | WHEREAS, this Court continued the Case Management Conference set for June 3, 2010 to July
11 | 1, 2010 to allow for settlement negotiations after the City's final decision on PME's Application;

12 | WHEREAS, City has presented PME with its initial opinion regarding liability and PME is
13 | preparing a response to fully address the possibility of settlement and therefore the parties are now in
14 | the midst of settlement discussions;

15 | WHEREAS, Counsel for PME Thomas Casparian will be on vacation from August 16 through
16 | 20;

17 | WHEREAS, Counsel for the City Benjamin Fay will be on vacation and travelling out of the
18 | country and the state from July 29 through August 19;

19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

ACCORDINGLY, IT IS HEREBY STIPULATED by PME and the City, by and through their respective counsel, that:

This Court continue the stay in this action and continue the Case Management Conference to August 26, 2010.

GILCHRIST & RUTTER

Dated: June 24, 2010                    By:            /s/
                                            Thomas W. Casparian
                                            Attorneys for Plaintiff
                                            PALO MOBILE ESTATES ASSOCIATES


JARVIS, FAY, DOPORTO & GIBSON, LLP

Dated: June 24, 2010                    By:            /s/
                                            Benjamin P. Fay
                                            Attorneys for Defendant
                                            CITY OF EAST PALO ALTO


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 25, 2010

                                            Honorable Phyllis J. Hamilton
                                            Judge, United States District Court

J:\Clients\103 [E. Palo Alto]\010 (Palo Mobile Estates Complaint (Fed))\Plead\Stipulation and Order to Continue CMC 6-24-10.wpd