1  RICHARD H. CLOSE (Bar No. 50298)
   rclose@gilchristrutter.com
2  THOMAS W. CASPARIAN (Bar No. 169763)
   tcasparian@gilchristrutter.com
3  KEVIN M. YOPP (Bar No. 218204)
   kyopp@gilchristrutter.com
4  GILCHRIST & RUTTER
   Professional Corporation
5  1299 Ocean Avenue, Suite 900
   Santa Monica, California 90401-1000
6  Telephone: (310) 393-4000
   Facsimile: (310) 394-4700

Attorneys for Plaintiff
Palo Mobile Estates Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 07-03601 PJH<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE TO NOVEMBER 23, 2010, 10:30 a.m.**<br><br>Settlement Conference<br>Date:  November 23, 2010<br>Time:  9:00 a.m.<br>Place:  Courtroom G<br><br>Action Filed: June 12, 2007<br>Trial Date: None set. |

224855/4604-001

IT IS HEREBY STIPULATED by Plaintiff Palo Mobile Estates Associates, a California limited partnership, and Defendant City of East Palo Alto, a municipal corporation, by and through their respective counsel, that:

This Court continue the Settlement Conference currently scheduled for November 23, 2010 at 9:00 a.m. until later that same date at 10:30 a.m.

DATED: November 15, 2010
GILCHRIST & RUTTER
Professional Corporation

By: /s/ Thomas W. Casparian
Thomas W. Casparian
Attorneys for Plaintiff
Palo Mobile Estates Associates

DATED: November 15, 2010
JARVIS, FAY, DOPORTO & GIBSON, LLP

By: /s/ Benjamin P. Fay
Benjamin P. Fay
Attorneys for Defendant
CITY OF EAST PALO ALTO

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 15 N~ 2010

Honorable Bernard Zimmerman
Magistrate Judge, U.S. District Cour

224855/4604-001

STIPULATION TO CONTINUE SETTLEMENT CONF. UNTIL 10:30 AM
C 07-03601 PJH