RICHARD H. CLOSE (Bar No. 50298)
rclose@gilchristrutter.com
THOMAS W. CASPARIAN (Bar No. 169763)
tcasparian@gilchristrutter.com
KEVIN M. YOPP (Bar No. 218204)
kyopp@gilchristrutter.com
GILCHRIST & RUTTER
Professional Corporation
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401-1000
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Plaintiff
Palo Mobile Estates Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 07-03601 EDL<br><br>**ORDER GRANTING**<br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:  January 5, 2011<br>Time:  3:00 p.m.<br>Place:  Courtroom E<br><br>Action Filed: June 12, 2007<br>Trial Date:  None set. |

227797/4604-001

PL.'S REQUEST FOR TELEPHONIC APPEARANCE
C 07-03601 EJL

TO THE COURT AND ALL PARTIES HEREIN:

In an order dated December 21, 2010, the Court scheduled a case management conference in this matter for January 5, 2011 at 3:00 p.m. (the "Case Management Conference"). Counsel for Plaintiff Palo Mobile Estates Associates is located in Southern California and, for that reason, hereby requests permission to appear at the Case Management Conference telephonically.

DATED: December 30, 2010         GILCHRIST & RUTTER
                                 Professional Corporation


                                 By: /s/ Kevin M. Yopp
                                     Kevin M. Yopp
                                     Attorneys for Plaintiff
                                     Palo Mobile Estates Associates



GRANTED

Judge Elizabeth D. Laporte

227797/4604-001

PL.'S REQUEST FOR TELEPHONIC APPEARANCE
C 07-03601 EJL