RICHARD H. CLOSE (Bar No. 50298)
rclose@gilchristrutter.com
THOMAS W. CASPARIAN (Bar No. 169763)
tcasparian@gilchristrutter.com
KEVIN M. YOPP (Bar No. 218204)
kyopp@gilchristrutter.com
GILCHRIST & RUTTER
Professional Corporation
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401-1000
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Plaintiff
Palo Mobile Estates Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 07-03601 EJL<br><br>~~[Proposed]~~ ORDER RE: FILING OF FIRST AMENDED COMPLAINT<br><br>Action Filed: June 12, 2007<br>Trial Date:    None set. |

228510/4604-001

1  Upon review and consideration of the stipulation of the parties, and good cause appearing
2  therefor, the parties' Stipulation re: Filing of First Amended Complaint is hereby granted as
3  follows:
4     1.   Pursuant to Rules 15(a)(2) and 15(d) of the Federal Rules of Civil Procedure,
5  Plaintiff Palo Mobile Estates may file its First Amended Complaint on or before January 24, 2011.
6     2.   Defendant City of East Palo Alto shall have 21 days thereafter to file a responsive
7  pleading to the First Amended Complaint.
8
9     IT IS SO ORDERED.
10
11 DATED: January 24, 2011         *Elizabeth D. Laporte*
12                                  Elizabeth D. Laporte
                                    United States Magistrate Judge