UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PALO MOBILE ESTATES ASSOCIATES**

      Plaintiff(s),                           No. C-**07-03601** EDL

     v.                                 **ORDER OF CONDITIONAL DISMISSAL**

**CITY OF EAST PALO ALTO**

      Defendants.

_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before August 24, 2011 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2011

                                                                                ELIZABETH D. LAPORTE
                                                                                United States Magistrate Judge